1  ROBERT L. SCHNELL, JR. (PRO HAC VICE)
   FAEGRE & BENSON LLP
2  90 South Seventh Street
   Minneapolis, Minnesota  55402-3901
3  Telephone:  (612) 766-7000
   Facsimile:  (612) 766-1600
4

   D. ANTHONY RODRIGUEZ (BAR NO. 162587)
5  RODERICK W. CHIN (BAR NO. 212635)
   MORRISON & FOERSTER LLP
6  425 Market Street
   San Francisco, California  94105-2482
7  Telephone:  (415) 268-7000
   Facsimile:  (415) 268-7522
8
   Attorneys for Defendants
9  American Express Financial Advisors, Inc.
   and Jack BenAry
10
   JOHN F. MOUNIER, JR. (BAR NO. 48377)
11 E-RIGHTS LAW GROUP
   3030 Bridgeway, Suite 130
12 Sausalito, California 94965
   Telephone:  (415) 332-6569
13 Facsimile:  (415) 331-1737

14 Attorneys for Plaintiff Amy Swanson

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

18

| | |
|---|---|
| 19  AMY SWANSON, individually, on behalf of the General Public, and as Trustee,<br>20<br>                    Plaintiff,<br>21<br>     v.<br>22<br>AMERICAN EXPRESS FINANCIAL ADVISORS, INC.; JACK BENARY; and DOES 1 through 100, inclusive,<br>24<br>                    Defendants. | No.     C 03-1445 SC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING AMENDED COMPLAINT WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(ii)**<br><br>Judge:   Hon. Samuel Conti |

1    WHEREAS, on June 26, 2003, Plaintiff Amy Swanson ("Swanson") filed an Amended Complaint against Defendants American Express Financial Advisors, Inc. ("AEFA") and Jack BenAry ("Benary") (the "Amended Complaint");

4    WHEREAS, on July 14, 2003, the parties entered into a Stipulation for Stay Pending Arbitration, in which the parties agreed that the Service Agreement between the parties requires that Swanson's claims against AEFA and BenAry are subject to final and binding arbitration;

7    WHEREAS, on July 21, 2003, the Court ordered that this action be stayed so that the parties may proceed to arbitration pursuant to the Service Agreement between the parties;

9    WHEREAS, on December 10, 2004, the Court held a status conference and set a trial date of July 5, 2005 for this action; and

11   WHEREAS, counsel for the parties conferred over the last week to discuss the status of this action, whether Swanson intends to submit her claims against AEFA and BenAry to arbitration, and potential arbitrators.

14   IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their counsel of record, that:

16   1.  The parties agree that Swanson shall have the right to submit her claims against AEFA and BenAry to arbitration before the National Association of Securities Dealers, Inc. ("NASD");

19   2.  The parties agree that the submission of Swanson's claims to arbitration before the NASD or any other arbitral forum, as the parties may agree upon, does not waive any substantive defenses that AEFA and BenAry may have to Swanson's claims; and

22   3.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Swanson voluntarily dismisses her Amended Complaint against AEFA and BenAry without prejudice.

1   IT IS SO STIPULATED.

2   Dated:  June 2, 2005          JOHN F. MOUNIER, JR.

3                                 E-RIGHTS LAW GROUP

4
                                  By:/s/ John F. Mounier, Jr. (e-filing signature)
5                                          John F. Mounier, Jr.

6                                 3030 Bridgeway, Suite 130
                                  Sausalito, California  94965
7                                 Telephone:  (415) 332-6569
                                  Facsimile:  (415) 331-1737
8
                                  Attorneys for Plaintiff Amy Swanson
9

10  Dated:  June 2, 2005          ROBERT L. SCHNELL, JR.
                                  FAEGRE & BENSON LLP
11
                                  90 South Seventh Street
12                                Minneapolis, Minnesota  55402-3901
                                  Telephone:  (612) 766-7000
13                                Facsimile:  (612) 766-1600

14                                D. ANTHONY RODRIGUEZ
                                  RODERICK W. CHIN
15                                MORRISON & FOERSTER LLP

16
                                  By:  /s/ Roderick W. Chin (e-filing signature)
17                                        Roderick W. Chin

18                                425 Market Street
                                  San Francisco, California  94105-2482
19                                Telephone:  (415) 268-7000
                                  Facsimile:  (415) 268-7522
20
                                  Attorneys for Defendants
21                                American Express Financial Advisors, Inc.
                                  and Jack BenAry
22

23                          [~~PROPOSED~~] ORDER

24  PURSUANT TO STIPULATION, IT IS SO ORDERED.

25

26  Dated: June  3 , 2005                    /s/ Samuel Conti
                                          Honorable Samuel Conti
27                                        United States District Court Judge

28

JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING AMENDED COMPLAINT WITHOUT PREJUDICE     2
C 03-1445 SC
sf-1939379